WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HANSON on behalf of herself and her adult child R.M. as her guardian ad litem,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD LA FLAMME, JEREMIAH MORGAN, STATE OF CALIFORNIA, ORANGE SUPERIOR COURT, COUNTY OF ORANGE, FRANCISCO FIRMAT (in his individual capacity), DUKE JEFFERY BUSSEY, ANN MORGAN, DOES 1-10,<br><br>    Defendants. | CASE NO: SACV14-01823 AG (DFMx)<br><br>BEFORE THE HONORABLE ANDREW J. GUILFORD<br>COURTROOM 10D<br><br>**JUDGMENT** |

On June 5, 2015, this Court granted the motions to dismiss filed by Defendants HAROLD LA FLAMME, JEREMIAH MORGAN, STATE OF CALIFORNIA, ORANGE SUPERIOR COURT, COUNTY OF ORANGE, FRANCISCO FIRMAT (in his individual capacity), DUKE JEFFERY BUSSEY, and ANN MORGAN (sometimes collectively "Defendants") and dismissed without leave to amend all of the claims brought against them by Plaintiff KRISTIN HANSON, on her own behalf.

On July 21, 2015, this Court granted the motions to dismiss filed by Defendants and dismissed all but the two state law claims brought by BRITTANY HOWARD, as

1

1112974.1

Next Friend for R.M. ("Plaintiff R.M."), granting leave to amend as to some of the claims and denying leave to amend as to others. Plaintiff was given until August 10, 2015 to file a second amended complaint.

On September 17, 2015, this Court found that Plaintiff R.M. had failed to file a timely second amended complaint such that all claims for which leave to amend was given were deemed dismissed. This Court also granted the motion to dismiss filed by Defendants JEREMIAH and ANN MORGAN and dismissed Plaintiff R.M.'s claims against them for false imprisonment and child abuse.

All claims having been adjudicated in favor of Defendants,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs KRISTIN HANSON on behalf of herself, and BRITTANY HOWARD, as Next Friend for R.M., shall take nothing by way of their first amended complaint against Defendants HAROLD LA FLAMME, JEREMIAH MORGAN, STATE OF CALIFORNIA, ORANGE SUPERIOR COURT, COUNTY OF ORANGE, FRANCISCO FIRMAT (in his individual capacity), DUKE JEFFERY BUSSEY, and ANN MORGAN. Said Defendants shall recover from Plaintiffs KRISTIN HANSON, on behalf of herself, and BRITTANY HOWARD, as Next Friend for R.M., their costs of suit incurred in this proceeding.

DATED: September 29, 2015

_____
HONORABLE ANDREW J. GUILFORD
JUDGE OF THE UNITED STATES
DISTRICT COURT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On September 21, 2015, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT**

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on September 21, 2015, at Costa Mesa, California.

s/ Laura F. Perez
LAURA F. PEREZ

1112974.1

**KRISTIN HANSON v. HAROLD LA FLAMME, et al.**

**ASSIGNED TO HONORABLE ANDREW J. GUILFORD**
**ASSIGNED TO MAGISTRATE JUDGE DOUGLAS F. MCCORMICK**

**USDC, CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO. SACV14-01823 AG (DFMx)**

**SERVICE LIST**

| | |
|---|---|
| Patricia J. Barry, Esq.<br>634 S. Spring Street, Suite 823<br>Los Angeles, California 90014<br>Telephone: (213) 995-0734<br>Facsimile: (213) 995-0735<br>Email: joanbarrylegal@yahoo.com | Attorneys for Plaintiff<br>**KRISTIN HANSON on behalf of herself and her adult child R.M. as her guardian ad litem** |
| Sarah L. Overton, Esq.<br>CUMMINGS, MCCLOREY, DAVIS,<br>   ACHO & ASSOCIATES, P.C.<br>3801 University Avenue, Suite 560<br>Riverside, CA 92501<br>Telephone: (951) 276-4420<br>Facsimile: (951) 276-4405<br>Email: soverton@cmda-law.com | Attorneys for Defendants<br>**THE HONORABLE FRANCISCO F. FIRMAT, JUDGE OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (RET.) AND THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (erroneously sued as ORANGE SUPERIOR COURT)** |
| O. Brandt Caudill, Jr., Esq.<br>Joan E. Trimble, Esq.<br>CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP<br>2601 Main Street, Suite 800<br>Irvine, California 92614<br>Telephone: (949) 261-2872<br>Facsimile: (949) 261-6060<br>Email: bcaudill@ctsclaw.com<br>         itrimble@ctsclaw.com | Attorneys for Defendant<br>**DUKE JEFFREY BUSSEY, Ph.D.** |
| Tim Harris, Esq.<br>CHARLSTON, REVICH &<br>   WOLLITZ, LLP<br>1925 Century Park East, Suite 1250<br>Los Angeles, California 90067<br>Telephone: (310) 551-7000<br>Facsimile: (310) 203-9321<br>Email: tharris@crwllpl.com | Attorneys for Defendant<br>**HAROLD LAFLAMME** |

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1112974.1

| | |
|---|---|
| Kamala D. Harris<br>Attorney General of California<br>Richard F. Wolfe<br>Supervising Deputy Attorney General<br>David F. Taglienti<br>Deputy Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA  92101<br>P.O. Box 85266<br>San Diego, CA  92186-5266<br>Telephone:  (619) 645-2015<br>Facsimile:  (619) 645-2012<br>Email:  David.Taglienti@doj.ca.gov | Attorneys for Defendant<br>**STATE OF CALIFORNIA** |
| Jeremiah T. Morgan, Esq.<br>500 N. State College Blvd., Suite 1100<br>Orange, CA  92868<br>Telephone:  (714) 919-4250<br>Facsimile:  (714) 882-6007<br>Email:  jerrymorgan99@hotmail.com | Attorney for Defendant and<br>Defendant Pro Se<br>**JEREMIAH MORGAN**<br>**ANN MORGAN** |

6/29/15

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1112974.1