# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 14-01823-AG (DFMx) | Date | June 25, 2019 |
|---|---|---|---|
| Title | Kristin Hanson et al v. Harold La Flamme et al | | |

PRESENT:

### HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On February 11, 2019, the Court held a status conference regarding the mandate issued by the Ninth Circuit Court of Appeals.   Plaintiff R.M. failed to appear at this hearing. Plaintiff R.M. is the only remaining plaintiff in this action since Plaintiff Hanson was dismissed.

The Court, on its own motion, hereby ORDERS Plaintiff R.M., to show cause in writing no later than **July 5, 2019,** why this action should not be dismissed for lack of prosecution. The Court notes that Plaintiff R.M. could face sanctions including attorney's fees, dismissal or monetary sanctions, for failure to appear at the status conference, failure to prosecute and failure to obey Court orders.

                                                                                    -          :      -

                                                            Initials of Deputy Clerk    mku

cc: