UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | SACV 14-01823 AG (DFMx) | Date | July 31, 2019 |
|---|---|---|---|
| Title | KRISTIN HANSON V. HAROLD LA FLAMME ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER REINSTATING AND CLARIFYING ORDER TO SHOW CAUSE**

On June 25, 2019, the Court issued an order to show cause why this case should not be dismissed for failure to appear, failure to prosecute, and failure to follow court orders. (Dkt. No. 162.) Upon receiving a declaration from former Plaintiff Kristin Hanson, the Court discharged its order to show cause. (Dkt No. 164.) But because Plaintiff R.M. is the only remaining Plaintiff in this case, that order to show cause was discharged in error. The Court thus REINSTATES its former order to show cause. Plaintiff R.M. is ORDERED to show cause in writing by **August 9, 2019** why this action should not be dismissed for lack of prosecution, failure to appear, and failure to follow court orders. Any response to this order to show cause from former Plaintiff Kristin Hanson (who voluntarily dismissed her claims on appeal and is no longer a party to this action) will not affect this order to show cause.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　0

　　　　　　　　　　　　　　　Initials of Preparer　　mku