# UNITED STATES DISTRICT COURT

# FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HANSON on behalf of herself and her adult child R.M. as her guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>HAROLD LA FLAMME, JEREMIAH MORGAN, STATE OF CALIFORNIA, ORANGE SUPERIOR COURT, COUNTY OF ORANGE, FRANCISCO FIRMAT (in his individual capacity), DUKE JEFFREY BUSSEY, ANN MORGAN, DOES 1-10,<br><br>Defendants. | Case No.: SACV 14-01823 AG (DFMx)<br><br>Assigned to Honorable Andrew Guilford<br>Complaint Date: November 14, 2014<br><br>**JUDGMENT** |

On July 31, 2019, this Court issued a Minute Order Reinstating and Clarifying Order to Show Cause, and ordered the only plaintiff, RM, to show cause by August 9, 2019 why this case should not be dismissed for lack of prosecution, failure to appear, and failure to obey Court Orders.

On August 12, 2019, no response had been filed by plaintiff, RM, to the Court's Order. The Court Orders this case DISMISSED.

-1-

1       All claims have been adjudicated in favor of the remaining Defendants, HAROLD LA FLAMME, JEREMIAH MORGAN, ANN MORGAN, and DUKE JEFFREY BUSSEY.

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff, BRITTANY HOWARD, as Next Friend for R.M., shall take nothing by way of her First Amended Complaint against Defendants HAROLD LA FLAMME, JEREMIAH MORGAN, ANN MORGAN, and DUKE JEFFRERY BUSSEY. Said Defendants shall recover from plaintiff, BRITTANY HOWARD, as Next Friend for R.M., their costs incurred in this proceeding.

Dated: AUGUST 27, 2019

_____
Honorable Andrew J. Guilford
Judge of the United States District Court